**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**MARCO LONG,**

       **Plaintiff,**

                                            **CASE NO.: 3:12-CV-00184-HLA-JBT**

**vs.**

**COMMUNITY REHABILITATION
CENTER INSTITUTE, INC., a Florida
Corporation,**

       **Defendant.**
_____/

**SECOND JOINT REPORT REGARDING SETTLEMENT**

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order (Doc. 7) hereby jointly file their Second Report Regarding Settlement in this matter. The parties advise the Court that they:

__X__     Have settled the case and are finalizing the agreement and pleadings for dismissal. The Parties request ten (10) additional days to file the pleadings for dismissal.

_____     Have not settled the case but wish to continue settlement discussions.

_____     Wish to engage in a formal mediation conference.

_____     Request a settlement conference before the United States Magistrate Judge.

_____     Plaintiff contends that the parties have extinguished settlement efforts.

DATED this 25th day of June, 2012.

Respectfully submitted by,

| s/ CARLOS V. LEACH | s/ HEATH L. VICKERS |
|---|---|
| Carlos V. Leach, Esq. | Heath L. Vickers, Esq. |
| Florida Bar No. 0540021 | Florida Bar No.: 0084769 |
| MORGAN & MORGAN, P.A. | Susan S. Erdelyi, Esq. |
| 20 N. Orange Avenue | Florida Bar No.: 0648965 |
| 14th Floor | MARKS GRAY, P.A. |
| P.O. Box 4979 | Post Office Box 447 |
| Orlando, Florida 32802-4979 | Jacksonville, FL 32201 |
| Facsimile: (407) 420-5956 | Email: hvickers@marksgray.com |
| E-mail: cleach@forthepeople.com | Email: sse@marksgray.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                     **s/ CARLOS V. LEACH**
                                                     Carlos V. Leach, Esquire